# United States Court of Appeals
## For the First Circuit

No. 14-1303

UNITED STATES OF AMERICA,

Appellee,

v.

LAUREN MACARTHUR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 9, 2015, is amended as follows:

On page 4, lines 2-3, "Each firearm had magazines inserted in them" is replaced with "Each firearm had a magazine inserted in it"

On page 8, line 41, "United States v. Fernández-Cabrera" is replaced with "United States v. Fernández-Cabrera"